IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:12-cv-00880-RGA |
| | ) |
| ORBITZ, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Parallel Iron, LLC, and defendant, Orbitz, LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled **"LICENSED PATENTS SETTLEMENT AGREEMENT"** and dated December 10, 2013, with each party to bear its own costs, expenses and attorneys' fees.

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Parallel Iron, LLC, and defendant, Orbitz, LLC, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Parallel Iron, LLC, and defendant, Orbitz, LLC, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled **"LICENSED PATENTS SETTLEMENT AGREEMENT"** and dated December 10, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

| STAMOULIS & WEINBLATT LLC | ASHBY & GEDDES, P.A. |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Michael J. Flynn* |
| Stamatios Stamoulis #4606 | Karen Jacobs (#2881) |
| stamoulis@swdelaw.com | kjacobs@mnat.com |
| Richard C. Weinblatt #5080 | Michael J. Flynn (#5333) |
| weinblatt@swdelaw.com | mflynn@mnat.com |
| Two Fox Point Centre | 1201 North Market Street |
| 6 Denny Road, Suite 307 | P.O. Box 1347 |
| Wilmington, DE 19809 | Wilmington, DE 19899 |
| (302) 999-1540 | (302) 658-9200 |
| *Attorneys for Plaintiff Parallel Iron, LLC* | *Attorneys for Defendant Orbitz, LLC* |

IT IS SO ORDERED this 16th day of December, 2013.

The Honorable Richard G. Andrews
United States District Judge

2